NUNZIO CARINE, RESPONDENT, v. SIMON YOIN, APPELLANT.

Submitted May 29, 1925—Decided September 29, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 3 *N. J. Mis. R.* 239.

For the appellant, *William R. Wilson.*

For the respondent, *David S. Forman.*

PER CURIAM.

The judgment appealed from will be affirmed, for the reasons stated in the opinion filed in the court below.

*For affirmance*—THE CHIEF JUSTICE, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, JJ. 11.

*For reversal*—None.